**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

TIMOTHY CALLIHAN, et al.,

                Plaintiffs,

v.                                CIVIL ACTION NO.   2:17-cv-04386

SURNAIK HOLDINGS OF WV, LLC, et al.,

                Defendants.

**ORDER**

For reasons appearing to the Court, the telephonic motions hearing currently scheduled for April 12, 2018, is **CANCELED.**   The Court will hold a telephonic status conference in this case on **April 20, 2018, at 2:00 p.m.**   The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                      ENTER:       April 11, 2018

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE